

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-19-00060-CR

David Alan **BRUNDAGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 15-10-12665-CR
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

On February 25, 2019, appellant filed a "Withdrawal of Notice of Appeal" requesting that this court dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.2. Rule 42.2(a) provides, in part: "The appellant *and* his or her attorney must sign the written motion to dismiss . . . ." Appellant's motion is signed by his attorney but not by appellant; therefore, the motion is DENIED for failure to comply with Rule 42.2.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court